LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
336 Bon Air Center, #251
Greenbrae, CA 94904
Tel: 415.793.3542
Email: lgt@lgt-law.com

Attorney for Plaintiff
DAVID OPPENHEIMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OPPENHEIMER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AERA TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, David Oppenheimer ("Oppenheimer" or "Plaintiff"), for his complaint against Defendant Aera Technology, Inc. ("Defendant" or "Defendants"), alleges:

**THE PARTIES**

1.　　Plaintiff is a citizen of North Carolina engaged in the business of professional photography and resides in and has a principal place of business in Asheville, Buncombe County, North Carolina.

2.　　Plaintiff is informed and believes, and thereon alleges, that Defendant Aera Technology, Inc. is a Delaware corporation with its principal place of business in this judicial district.

///

///

**INTRODUCTORY FACTS**

3.     Oppenheimer is a professional photographer, and is the author (photographer) of the aerial photograph of Kendall Square in Cambridge, Massachusetts ("Work"), included in, and attached hereto as **Exhibit 1.** At all times relevant to this claim, Oppenheimer has been and is now the sole owner and proprietor of all right, title and interest in and to the copyright of the Work.

4.     Oppenheimer makes his photographic works including the Work available for print sales and licensing at his website https://performanceimpressions.com and on https://fineartamerica.com.

5.     Plaintiff has complied in all respects with Title 17 U.S.C. § 102, *et seq.,* and all other laws governing federal copyright applicable to the Work and has registered the copyright with the Register of Copyrights at the U.S. Copyright Office. Attached hereto as **Exhibit 2** is a true and correct copy of the certificate of registration and the deposit photograph for the registration certificate, covering the subject photograph, bearing U.S. Copyright Registration No. VAu 1-373-056, effective September 26, 2019. The Work is on deposit with the contents title, "*Kendall_Square_Boston_aerial_7852.jpg*" and is identified on page 2 of the copyright registration certificate.

6.     At all relevant times hereto, Plaintiff has and continues to be the sole owner of all rights, titles, and interests in and to the aforementioned registration and the Work. Plaintiff's copyright in the above-described Work is presently valid and subsisting, was valid and subsisting from the moment of the Work's creation, and all conditions precedent to the filing of this suit have occurred.

7.     Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, Jennifer Chaplain was employed by Defendant Aera Technology, Inc. as Customer Success Director and was acting as Defendant's agent, employee, representative, and/or authorized representative. In publishing the LinkedIn post at issue, Chaplain acted within the course and scope of her employment and/or agency relationship, with Defendant's authorization, apparent authority, ratification, adoption, knowledge, and/or for Defendant's benefit. Defendant, through Chaplain and/or persons acting on Defendant's behalf, actively participated in, directed, authorized,

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT

subsequently ratified and adopted, or benefited from the acts and conduct alleged herein. The LinkedIn post promoted Defendant's business, Defendant's personnel, Defendant's decision-intelligence platform, Defendant's customers and partners, and Defendant's commercial outreach in the Cambridge/Kendall Square market.

8. Plaintiff first discovered the infringement on May 12, 2023, at which time Plaintiff's claim accrued. Plaintiff filed this action within three years after accrual.

9. Defendant's employee Jennifer Chaplain used the Work as the cover image for a LinkedIn post promoting Aera's business. The post stated that "Aera's Boston based RVP Brian Cullinan and I were in Kendall Square yesterday discussing how to deploy decision intelligence in commercial and clinical use cases," promoted "the results our DI platform is delivering in procurement and supply chain in the pharmaceutical industry," referred to Aera's partners and customers, and invited local contacts to meet with Chaplain and Cullinan to discuss decision intelligence and how it was "quickly replacing BI." The infringing LinkedIn post and image appeared at least at the following URLs:

**Webpage URL:**

https://www.linkedin.com/posts/jenniferchaplain_ai-decisionintelligence-pharmaceuticalindustry-activity-7031839405002653696--Mvw/

**Image URL**:

https://media.licdn.com/dms/image/C4E22AQG1ajSkK2Wk2A/feedshare-shrink_800/0/1676521157635?e=1720051200&v=beta&t=XW39AjXJK7_Rmi7AA88SmlqOs-zmVw-Y17bJ12cWhck

as evidenced by documents attached as **Exhibit 3**. Defendant did not obtain a license or authorization from Plaintiff to use the Work.

10. Through subsequent communications, a resolution could not be reached, and this suit was filed.

<u>**CAUSES OF ACTION**</u>

**COUNT I – NON-WILLFUL COPYRIGHT INFRINGEMENT**

11. Plaintiff re-alleges and incorporates paragraphs 1 – 10 above as if recited *verbatim*.

3

12. Defendants have non-willfully infringed Plaintiff's copyright in and to the Work by scanning, copying, reproducing, distributing, publishing and/or otherwise using, an unauthorized copy of said photograph within the United States in violation of Title 17.

13. Upon information and belief, Defendants have benefitted from infringement of the Work, while Plaintiff has suffered and will continue to suffer monetary damages, irreparable injury to his business, reputation, and goodwill, and dilution in the marketplace; therefore, Plaintiff is entitled to injunctive relief, damages, and other relief set forth under Title 17.

<strong>COUNT II – RECKLESS/WILLFUL COPYRIGHT INFRINGEMENT</strong>

14. Plaintiff re-alleges and incorporates paragraphs 1 – 13 above as if recited *verbatim*.

15. Alternatively, Defendants have recklessly/willfully infringed Plaintiff's copyright in and to the Work by scanning, copying, reproducing, distributing, publishing, displaying and/or otherwise using, an unauthorized copy of said photograph in violation of Title 17.

16. Upon information and belief, one or more of the Defendants, or its employee Jennifer Chaplain or a third party acting on their behalf, saw Plaintiff's copyright notice accompanying the Work and used a copy of the Work that retained Plaintiff's visible watermark/copyright notice, prior to uploading it to the infringing LinkedIn post. Because the Defendants, through Chaplain and/or persons acting on Defendants' behalf, had the opportunity to appreciate that the Work was protected by copyright and that the Plaintiff was the sole author and owner of the Work, and still used it without a license or authorization, Defendants recklessly/willfully infringed Plaintiff's copyright of the Work.

17. Upon information and belief, Defendants have benefitted from their infringement of the Work, while Plaintiff has suffered and will continue to suffer monetary damages, irreparable injury to his business, reputation, and goodwill, and dilution in the marketplace; therefore, Plaintiff is entitled to injunctive relief, damages (including disgorgement of Defendants' profits), and other relief set forth in the Act.

<strong><u>CAUSATION/DAMAGES</u></strong>

18. As a result of Defendant's above-described acts of copyright infringement, Plaintiff has sustained actual damages in an amount not yet ascertained, but which discovery will

4

illuminate. Such actual damages include, but are not limited to, lost profits and/or lost licensing revenue, disgorgement of the infringers' profits attributable to their infringement, statutory damages; research time tracking down and documenting the infringement, research time tracking down and emailing and calling the Defendant, and attorneys' and paralegals' time trying to amicably resolve the matter, and for the drafting, filing and service of this complaint, citations, waivers of service and related documents.

## RELIEF REQUESTED

1.      Plaintiff demands an accounting of Defendants' activities in connection with their infringing uses of his copyright in and to the above-described and attached Work, as well as disgorgement of profits attributable to the infringing activities, and all other benefits realized by Defendants through their infringing activities.

2.      Plaintiff is entitled to recover and therefore seeks recovery of actual damages, plus all of Defendants' profits attributable to the infringement.

3.      Alternatively, and at Plaintiff's election, because the Work was registered prior to Defendants' infringement, Plaintiff is entitled to and seeks recovery of statutory damages up to but not exceeding $150,000 (One Hundred Fifty Thousand Dollars), plus costs and attorney's fees, pursuant to 17 U.S.C. § 504(c) and § 505.

4.      That Defendant, its agents, employees and/or servants be enjoined *pendente lite* and permanently from infringing Plaintiff's copyrights in any manner whatsoever, and from publishing through any visual media, and from selling, marketing or otherwise distributing the Work, and from using it in marketing or advertising;

5.      That Defendant be required to deliver up, under oath, for impounding during the pendency of this action, and for destruction thereafter, all copies of the Work that infringe Plaintiff's copyright, and all prints, film negatives, magnetic tapes, digitally scanned and/or stored images, and all other articles by means of which such infringing copies may be reproduced, which are in the possession or under the direct or indirect control of Defendants;

6.      That Defendant provide an accounting of all gains, profits and advantages it derived as a result of the willful and unlawful acts of copyright infringement above-described;

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT

7.    That Defendant be ordered to pay over to Plaintiff his actual damages sustained, in addition to all of its profits attributable to the infringement, and which are not taken into account in computing Plaintiff's actual damages incurred as a result of Defendant's copyright infringement described herein, pursuant to 17 U.S.C. § 504(b);

8.    In the alternative, and at Plaintiff's election after verdict, that Defendant be ordered to pay maximum statutory damages in the amount of $150,000 for the Work infringed pursuant to 17 U.S.C. § 504(c), or such other amount as the jury may deem appropriate;

9.    That Defendant be ordered to pay to Plaintiff his full costs and reasonable attorney's fees pursuant to 17 U.S.C. § 505; and

10.    That Plaintiff recover judgment for such other and further relief as this court deems just and proper, including maximum pre and post judgment interest on all sums due.

Dated: May 12, 2026         LAW OFFICES OF LAWRENCE G. TOWNSEND

*s/Lawrence G. Townsend*
Lawrence G. Townsend
Attorney for Plaintiff
DAVID OPPENHEIMER

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial for all claims as provided for in Rule 38 of the Federal Rules of Civil Procedure.

Dated: May 12, 2026         LAW OFFICES OF LAWRENCE G. TOWNSEND

*s/Lawrence G. Townsend*
Lawrence G. Townsend
Attorney for Plaintiff
DAVID OPPENHEIMER

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT 1

EXHIBIT 1



**EXHIBIT 1**

EXHIBIT 2

EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Lesle*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-373-056

**Effective Date of Registration:**
September 26, 2019
**Registration Decision Date:**
October 21, 2019

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title
_____

| | |
|---|---|
| **Title of Group:** | Travel Aerial and Event Photographs taken in 2018 by David Oppenheimer |
| **Number of Photographs in Group:** | 743 |

- **Individual Photographs:** PC150162.jpg;PC160163.jpg;PC160165.jpg;PC160166.jpg;PC160167.jpg;PC160168.jpg;PC160169.jpg;PC160170.jpg;PC160172.jpg;PC160175.jpg;PC160178.jpg;PC160179.jpg;PC160180.jpg;PC160181.jpg;Pizza_Marthas_Vineyard_p8120339.jpg;Providence_City_Hall_building_5821.jpg;Providence_dsc_5817.jpg;Providence_RI_img_20180811_085949266.jpg;Providence_RIp8110282.jpg;Prudential_Center_atrium_Boston_5709.jpg;Prudential_Center_Boston_aerial_7572.jpg;Prudential_Center_Boston_aerial_7573.jpg;Prudential_Tower_Boston_5695.jpg;Prudential_Tower_entrance_Boston_5700.jpg;Questrom_School_of_Business_college_campus_aerial_Boston_7880.jpg;Questrom_School_of_Business_college_campus_aerial_Boston_7881.jpg;R44_img_20180815_153118505.jpg;Readville_Yard_Boston_aerial_7391.jpg;Rebecca_and_Marci_p8180724.jpg;Rebecca_USS_Constitution_7243.jpg;Regency_Hills_Community_real_estate_South_Fulton_GA_5055.jpg;Rockland_Trust_Bank_Pavilion_Boston_5365.jpg;Sakonnet_Lighthouse_6677.jpg;Seaview_House_Marina_Stamford_Connecticut_shore_aerial_5152.jpg;Shippan_Point_Stamford_aerial_5165.jpg;Sikorsky_Memorial_Airport_Stratford_aerial_5114.jpg;Six_Flags_Over_Georgia_aerial_5059.jpg;Six_Flags_Over_Georgia_aerial_5060.jpg;Sky_Band_Farm_45_Elm_Street_Canton_MA_mansion_estate_aerial_7384.jpg;South_Station_Boston_7096.jpg;South_Station_Boston_dsc_7087.jpg;Southwest_Airlines_terminal_jets_Atlanta_airport_8468.jpg;Stamford_Connecticut_skyline_aerial_5161.jpg;Stamford_CT_Strawberry_Hill_real_estate_aerial_5147.jpg;Stanford_CT_downtown_aerial_5150.jpg;State_Street_Bank_Building_225_Franklin_Street_aerial_Boston_7477.jpg;Sunlight_on_Ocean_Marthas_Vineyard_6710.jpg;

- **Individual Photographs:** P9070798.jpg;P9070799.jpg;P9070800.jpg;P9070801.jpg;P9070802.jpg;P9070803.jpg;P9070804.jpg;P9070805.jpg;P9070806.jpg;P9070807.jpg;P9070808.jpg;P9070809.jpg;P9070810.jpg;P9070811.jpg;P9070812.jpg;P9070813.jpg;P9070814.jpg;P9070815.jpg;P9070816.jpg;P9070817.jpg;P9070819.jpg;P9070822.jpg;P9070823.jpg;P9070824.jpg;P9070830.jpg;P9070832.jpg;P9070833.jpg;P9070834.jpg;P9070835.jpg;P9070836.jpg;P9070839.jpg;P9070840.jpg;P9070841.jpg;P9070842.jpg;P9070848.jpg;P9070850.jpg;P9070851.jpg;P9070857.jpg;P9070858.jpg;P9070859.jpg;P9070861.jpg;P9070862.jpg;P9070863.jpg;P9070866.jpg;P9070867.jpg;P9070868.jpg;P9070869.jpg;P9070870.jpg;P907087

3.jpg;P9070874.jpg;P9070875.jpg;P9070876.jpg;P9070877.jpg;P9070879.jpg;P9070882.jpg;P9070883.jpg;P9070884.jpg;P9070889.jpg;P9070890.jpg;PC150078.jpg;PC150079.jpg;PC150080.jpg;PC150081.jpg;PC150082.jpg;PC150083.jpg;PC150084.jpg;PC150086.jpg;PC150087.jpg;PC150094.jpg;PC150096.jpg;PC150097.jpg;PC150098.jpg;PC150099.jpg;PC150101.jpg;PC150102.jpg;PC150103.jpg;PC150104.jpg;PC150105.jpg;PC150106.jpg;PC150109.jpg;PC150110.jpg;PC150111.jpg;PC150115.jpg;PC150116.jpg;PC150119.jpg;PC150120.jpg;PC150121.jpg;PC150122.jpg;PC150126.jpg;PC150127.jpg;PC150128.jpg;PC150129.jpg;PC150130.jpg;PC150131.jpg;PC150132.jpg;PC150133.jpg;PC150134.jpg;PC150135.jpg;PC150136.jpg;PC150137.jpg;PC150139.jpg;PC150140.jpg;PC150141.jpg;PC150142.jpg;PC150143.jpg;PC150144.jpg;PC150145.jpg;PC150147.jpg;PC150149.jpg;PC150151.jpg;PC150152.jpg;PC150153.jpg;PC150154.jpg;PC150156.jpg;PC150160.jpg;PC150161.jpg;

- **Individual Photographs:** Massachusetts_State_House_building_5582.jpg;Massachusetts_State_House_building_5588.jpg;Massachusetts_State_House_dsc_5585.jpg;MassBiologics_UMass_campus_Boston_aerial_7410.jpg;Metropolis_Country_Club_golf_course_aerial_8387.jpg;Metropolis_Country_Club_golf_course_aerial_8389.jpg;Millennium Towertemp1_5600-1.jpg;Millennium_Tower_Boston_aerial_7521.jpg;Mission_Hill_neighborhood_real_estate_aerial_Boston_7430.jpg;Mission_Hill_neighborhood_real_estate_aerial_Boston_7431.jpg;MIT_Campus_aerial_Boston_7798.jpg;Museum_of_Fine_Arts_building_Boston_aerial_8152.jpg;New_England_Aquarium_Boston_dsc_5250.jpg;New_England_Aquarium_Boston_dsc_5266.jpg;New_York_State_Lottery_instant_scratch_off_cards_20180817_140230522.jpg;Nickys_Pizzeria_Larchmont_Gino_img_20180818_142336221.jpg;North_End_Boston_aerial_real_estate_8072.jpg;North_End_Boston_aerial_real_estate_8075.jpg;Northeastern_University_campus_aerial_Boston_7437.jpg;Northeastern_University_campus_aerial_Boston_7443.jpg;Northeastern_University_campus_aerial_Boston_8155.jpg;Norwood_Memorial_Airport_7380.jpg;Old_South_Meeting_House_Boston_P8150481.jpg;Old_South_Meeting_House_Chandelier_P8150483.jpg;Old_Stone_Bank_Providence_Rhode_Island_5827.jpg;Omni_Providence_Hotel_5799.jpg;Omni_Providence_Hotel_5813.jpg;One_Financial_Center_building_aerial_Boston_7472.jpg;One_Financial_Center_building_Boston_7126.jpg;One_International_Place_building_aerial_7486.jpg;One_Lincoln_Street_building_Boston_5602.jpg;P6090239.jpg;P6090240.jpg;P6090243.jpg;P6090245.jpg;P6090247.jpg;P6090249.jpg;P6090251.jpg;P6090252.jpg;P6090253.jpg;P6090255.jpg;P6090256.jpg;P6090257.jpg;P6090258.jpg;P6090259.jpg;P6090260.jpg;P6090261.jpg;P6090262.jpg;P6090263.jpg;P9070789.jpg;P9070790.jpg;P9070791.jpg;P9070792.jpg;P9070793.jpg;P9070794.jpg;P9070795.jpg;P9070796.jpg;P9070797.jpg;

- **Individual Photographs:** Jamaica_Plain_VA_Medical_Center_8166.jpg;Jocassee_Dam_Jocassee_Pumped_Storage_Hydro_Station_4993.jpg;John_Adams_Courthouse_building_Boston_5556.jpg;John_Hancock_Tower_Boston_aerial_7553.jpg;John_Hancock_Tower_building_at_night_Boston_5752.jpg;John_Joseph_Moakley_United_States_Courthouse_Boston_5316.jpg;Jones_Beach_aerial_NY_5081.jpg;Jones_Beach_New_York_aerial_5085.jpg;Kendall_Square_Boston_aerial_7852.jpg;Keystone_Building_aerial_Boston_7489.jpg;L_Etoile_Restaurant_Marthas_Vineyard_P8120350.jpg;Lemuel_Shattuck_Hospital_building_aerial_Boston_7417.jpg;Leonard_P_Zakim_Bunker_Hill_Memorial_Bridge_Boston_aerial_8089.jpg;Long_Wharf_Boston_dsc_5277.jpg;Long_Wharf_Boston_dsc_5290.jpg;Lufthansa_Cargo_jet_plane_8455.jpg;Mandarin_Oriental_Boston_building_aerial_7991.jpg;Marthas_Vineyard_img_20180813_234752626_hdr.jpg;Marthas_Vineyard_img_20180814_114222809_hdr.jpg;Marthas_Vineyard_p8120306.jpg;Marthas_Vineyard_p8120324.jpg;Marthas_Vineyard_p8120353.jpg;Marthas_Vineyard_p8120373.jpg;Marthas_Vineyard_p8120392.jpg;Marthas_Vineyard_p8120418.jpg;Marthas_Vineyard_p8120437.jpg



;Marthas_Vineyard_p8120443.jpg;Marthas_Vineyard_p8140457.jpg;Massach usetts_Institute_of_Technology_campus_aerial_7815.jpg;

- **Individual Photographs:**    Fenway_Park_stadium_aerial_7604.jpg;Fenway_Park_stadium_aerial_7605.jp g;Fishers_Island_Ferry_District_terminal_building_New_London_CT_8283.jp g;Fishing_Boat_Marthas_Vineyard_6583.jpg;Flagship_Wharf_building_Bosto n_5436.jpg;Flying_Horse_Carousel_6458.jpg;Forest_Hills_train_station_Bost on_aerial_8174.jpg;Forest_Hills_Woodbourne_real_estate_Boston_aerial_740 7.jpg;Fort_Hill_Tower_park_Boston_aerialdsc_8161.jpg;General_Dynamics_ Electric_Boat_building_75_Eastern_Point_Rd_Groton_CT_8282.jpg;Great_Ca ptains_Island_Long_Island_Sound_aerial_5182.jpg;Greenway_Island_mansio n_estate_aerial_Stamfort_5154.jpg;Harborside_Inn_Marthas_Vineyard_P8120 411.jpg;Harvard_Business_School_aerial_Boston_7761.jpg;Harvard_Business _School_aerial_Boston_7787.jpg;Harvard_Business_School_aerial_Boston_77 89.jpg;Harvard_Stadium_aerial_Boston_7742.jpg;Harvard_Stadium_aerial_Bo ston_7755.jpg;Harvard_Stadium_aerial_Boston_7772.jpg;Harvard_Stadium_a erial_Boston_7777.jpg;Harvard_University_aerial_7781.jpg;Helicopter_flight_ over_Boston_7834.jpg;Hotel_Fairmont_Copley_Plaza_aerial_Boston_7995.jp g;Hyatt_Regency_Boston_Harbor_5388.jpg;Hyatt_Regency_Cambridge_Hotel _Boston_aerial_7677.jpg;Hynes_Convention_Center_building_aerial_Boston_ 7986.jpg;Intelsat
Corporation_aerial_Atlanta_5023.jpg;InterContinental_Boston_building_5206. jpg;InterContinental_Boston_building_5208.jpg;

- **Individual Photographs:**    DSC_4839.jpg;DSC_4840.jpg;DSC_4843.jpg;DSC_4844.jpg;DSC_4845.jpg; DSC_4846.jpg;DSC_4853.jpg;DSC_4854.jpg;DSC_4861.jpg;DSC_4862.jpg; DSC_4863.jpg;DSC_4871.jpg;DSC_4872.jpg;DSC_4877.jpg;DSC_4879.jpg; DSC_4880.jpg;DSC_4882.jpg;DSC_4883.jpg;DSC_4884.jpg;DSC_4888.jpg; DSC_4890.jpg;DSC_4892.jpg;DSC_4893.jpg;DSC_4894.jpg;DSC_4895.jpg; DSC_4896.jpg;DSC_4905.jpg;DSC_4915.jpg;DSC_4917.jpg;DSC_4918.jpg; DSC_4919.jpg;DSC_4924.jpg;DSC_4925.jpg;DSC_4926.jpg;DSC_4927.jpg; DSC_4929.jpg;DSC_4936.jpg;DSC_4937.jpg;DSC_4939.jpg;DSC_4940.jpg; DSC_4946.jpg;DSC_4950.jpg;DSC_4955.jpg;DSC_4956.jpg;DSC_4957.jpg; Duke_Energy_Asheville_Plant_aerial_4969.jpg;Dutch_Island_Light_lighthous e_Jamestown_RI_6953.jpg;Edgartown_Beach_Marthas_Vineyard_P8120329.j pg;Edgartown_Memorial_Wharf_6066.jpg;Electricty_transmission_lines_Metr o_North_8307.jpg;Elysian_luxury_yacht_aerial_7499.jpg;Eurocopter_AS_350 _B3_helicopter_7371.jpg;Fairfield_CT_aerial_real_estate_beaches_5124.jpg;F airmount_Hill_real_estate_aerial_Boston_MA_7395.jpg;Fenway_Park_aerial_ Boston_7591.jpg;Fenway_Park_aerial_Boston_7597.jpg;Fenway_Park_stadiu m_aerial_7598.jpg;Fenway_Park_stadium_aerial_7601.jpg;

- **Individual Photographs:**    DSC_4532.jpg;DSC_4535.jpg;DSC_4539.jpg;DSC_4540.jpg;DSC_4555.jpg; DSC_4557.jpg;DSC_4558.jpg;DSC_4570.jpg;DSC_4573.jpg;DSC_4586.jpg; DSC_4601.jpg;DSC_4630.jpg;DSC_4631.jpg;DSC_4650.jpg;DSC_4651.jpg; DSC_4656.jpg;DSC_4657.jpg;DSC_4660.jpg;DSC_4663.jpg;DSC_4672.jpg; DSC_4676.jpg;DSC_4677.jpg;DSC_4678.jpg;DSC_4682.jpg;DSC_4683.jpg; DSC_4686.jpg;DSC_4687.jpg;DSC_4691.jpg;DSC_4692.jpg;DSC_4694.jpg; DSC_4695.jpg;DSC_4696.jpg;DSC_4697.jpg;DSC_4698.jpg;DSC_4699.jpg; DSC_4700.jpg;DSC_4701.jpg;DSC_4702.jpg;DSC_4703.jpg;DSC_4704.jpg; DSC_4705.jpg;DSC_4709.jpg;DSC_4710.jpg;DSC_4711.jpg;DSC_4713.jpg; DSC_4716.jpg;DSC_4722.jpg;DSC_4723.jpg;DSC_4725.jpg;DSC_4727.jpg; DSC_4728.jpg;DSC_4731.jpg;DSC_4733.jpg;DSC_4735.jpg;DSC_4741.jpg; DSC_4743.jpg;DSC_4744.jpg;DSC_4746.jpg;DSC_4747.jpg;DSC_4748.jpg; DSC_4749.jpg;DSC_4750.jpg;DSC_4751.jpg;DSC_4752.jpg;DSC_4753.jpg; DSC_4758.jpg;DSC_4759.jpg;DSC_4760.jpg;DSC_4761.jpg;DSC_4762.jpg; DSC_4768.jpg;DSC_4769.jpg;DSC_4770.jpg;DSC_4773.jpg;DSC_4775.jpg; DSC_4776.jpg;DSC_4777.jpg;DSC_4778.jpg;DSC_4779.jpg;DSC_4780.jpg;

DSC_4781.jpg;DSC_4782.jpg;DSC_4783.jpg;DSC_4784.jpg;DSC_4786.jpg; DSC_4787.jpg;DSC_4788.jpg;DSC_4789.jpg;DSC_4790.jpg;DSC_4791.jpg; DSC_4792.jpg;DSC_4793.jpg;DSC_4795.jpg;DSC_4796.jpg;DSC_4797.jpg; DSC_4798.jpg;DSC_4799.jpg;DSC_4801.jpg;DSC_4803.jpg;DSC_4805.jpg; DSC_4806.jpg;DSC_4807.jpg;DSC_4808.jpg;DSC_4809.jpg;DSC_4810.jpg; DSC_4813.jpg;DSC_4814.jpg;DSC_4815.jpg;DSC_4816.jpg;DSC_4818.jpg; DSC_4819.jpg;DSC_4820.jpg;DSC_4823.jpg;DSC_4832.jpg;DSC_4834.jpg; DSC_4835.jpg;

- **Individual Photographs:** City_of_Boston_skyline_5531.jpg;Claiborne_Pell_Newport_Bridge_6981.jpg; Clouds_over_Atlanta_5066.jpg;Copley_Place_mall_building_aerial_8033.jpg; Country_Club_of_New_Canaan_golf_course_aerial_5139.jpg;Country_Club_ of_New_Canaan_golf_course_aerial_5141.jpg;Custom_House_Block_Boston_ 5308.jpg;Custom_House_Tower_Financial_District_Boston_aerial_7510.jpg; Dad_and_Gino_Nickys_img_20180818_142814598.jpg;Dad_boat_p8180732.j pg;Dad_boat_p8180753.jpg;DeKalb_County_Water_and_Sewer_ Plant_5019.jpg;Delta_Air_Lines_First_Class_img_20180819_175615691.jpg; Delta_Sky_Club_img_20180819_204946177_ll.jpg;Distrigas_of_Massachuset ts_Boston_aerial_8098.jpg;Dominion_Millstone_Power_Station_Waterford_C T_8318.jpg;Dorchester_Boston_neighborhood_real_estate_aerial_7422.jpg;Do wntown_Boston_dsc_7185.jpg;DSC_4385.jpg;DSC_4389.jpg;DSC_4391.jpg; DSC_4396.jpg;DSC_4398.jpg;DSC_4399.jpg;DSC_4400.jpg;DSC_4401.jpg; DSC_4402.jpg;DSC_4407.jpg;DSC_4408.jpg;DSC_4413.jpg;DSC_4421.jpg; DSC_4422.jpg;DSC_4423.jpg;DSC_4425.jpg;DSC_4430.jpg;DSC_4433.jpg; DSC_4434.jpg;DSC_4435.jpg;DSC_4443.jpg;DSC_4449.jpg;DSC_4452.jpg; DSC_4470.jpg;DSC_4484.jpg;DSC_4496.jpg;DSC_4497.jpg;DSC_4503.jpg; DSC_4505.jpg;DSC_4512.jpg;DSC_4513.jpg;DSC_4515.jpg;DSC_4516.jpg; DSC_4521.jpg;DSC_4522.jpg;DSC_4523.jpg;DSC_4524.jpg;DSC_4525.jpg; DSC_4529.jpg;DSC_4530.jpg;

- **Individual Photographs:** Boston_Downtown_Panorama_7526.jpg;Boston_Downtown_Panorama_7625. jpg;Boston_downtown_skyline_7917.jpg;Boston_Garden_arena_5469.jpg;Bos ton_Harbor_dsc_5296.jpg;Boston_Harbor_Tour_p8100276.jpg;Boston_Leathe r_District_aerial_7921.jpg;Boston_Logan_International_Airport_aerial_7495.j pg;Boston_Logan_International_Airport_Delta_terminal_aerial_7493.jpg;Bost on_MA_skyline_aerial_7554.jpg;Boston_Old_City_Hall_p8150475.jpg;Bosto n_Old_South_Meeting_House_p8150490.jpg;Boston_panorama_aerial_8120.j pg;Boston_Quincy_Market_p8150518.jpg;Boston_Skyline_at_Night_5745.jpg ;Boston_South_End_aerial_7939.jpg;Boston_Subway_dsc_5680.jpg;Brentwoo d_High_School_Islip_NY_aerial_5102.jpg;Bridgeport_Harbor_Generating_St ation_Bridgeport_aerial_5117.jpg;Brigham_and_Womens_Faulkner_Hospital_ building_aerial_8181.jpg;Burke_Rehabilitation_Hospital_aerial_8373.jpg;Bur ke_Rehabilitation_Hospital_aerial_8375.jpg;Burke_Rehabilitation_Hospital_c ampus_aerial_8372.jpg;Burroughs_Wharf_building_Boston_5488.jpg;Captree _Island_and_Oak_Beach_aerial_NY_5091.jpg;Charlestown_Navy_Yard_dry_ dock_20180815_093201850.jpg;Chart_House_Boston_5300.jpg;Church_of_C hrist_Scientist_building_Boston_7610.jpg;City_of_Boston_skyline_5514.jpg;

- **Individual Photographs:** 0314181125d.jpg;0314181125e.jpg;0314181228a.jpg;0314181228c.jpg;03141 81228d.jpg;0314181228e.jpg;Alleys_General_Store_mailboxes_Marthas_Vine yard_6036.jpg;Amtrak_Boston_img_20180814_184204583_hdr.jpg;ATL_airp ort_tarmac_runway_paving_machine_construction_8456.jpg;Atlanta_airport_t erminal_Delta_jet_8470.jpg;Atlantic_restaurant_Marthas_Vineyarsd_P812041 6.jpg;Back_Bay_Boston_aerial_real_estate_7888.jpg;Back_Bay_Boston_aerial _real_estate_8042.jpg;Battery_Wharf_Hotel_Boston_ Waterfront_5421.jpg;Beavertail_Lighthouse_Museum_6825.jpg;Beavertail_Li ghthouse_Museum_6831.jpg;Beavertail_Lighthouse_Museum_6848.jpg;Beave rtail_Lighthouse_Museum_6862.jpg;Belle_Haven_Greenwich_aerial_5191.jpg



;Belle_Haven_Greenwich_aerial_5194.jpg;Black_Rock_Bridgeport_CT_real_estate_aerial_5121.jpg;BMW_Performance_Center_aerial_Atlanta_5033.jpg;Boston_city_skyline_aerial_7642.jpg;Boston_Common_aerial_7539.jpg;Boston_Common_aerial_7634.jpg;Boston_Common_aerial_7910.jpg;Boston_Common_and_downtown_Boston_skyline_aerial_7636.jpg;Boston_Custom_House_5237.jpg;Boston_Custom_House_5240.jpg;

- **Individual Photographs:** _DSC8911.jpg;_DSC8914.jpg;_DSC8926.jpg;1_Nashua_Street_building_aerial_Boston_8082.jpg;10_Tremont_Street_building_Boston_5563.jpg;28_State_Street_aerial_Boston_7520.jpg;60_State_Street_building_Boston_5231.jpg;99_High_Street_Keystone_Building_Boston_7104.jpg;100_Cambridge_Street_building_Boston_5636.jpg;110_Green_Street_Canton_MA_mansion_estate_7388.jpg;110_Green_Street_Canton_MA_mansion_estate_7390.jpg;111_Huntington_Avenue_Boston_aerial_7570.jpg;119_Sumner_St_building_Boston_5410.jpg;125 Summer
Street_building_Boston_7109.jpg;125_High_Street_building_aerial_Boston_7491.jpg;160_Commonwealth_Ave_Boston_aerial_Vendome_7654.jpg;177_Huntington_building_aerial_Boston_7977.jpg;177_Huntington_building_Boston_5694.jpg;500_Boylston_Street_building_aerial_Boston_8004.jpg;0314180039.jpg;0314180039a.jpg;0314180048.jpg;0314180048a.jpg;0314180057.jpg;0314180057a.jpg;0314180102a.jpg;0314180112.jpg;0314180112a.jpg;0314180112b.jpg;0314180112c.jpg;0314180114.jpg;0314180123.jpg;0314180123a.jpg;0314181033.jpg;0314181033a.jpg;0314181033b.jpg;0314181033c.jpg;0314181033d.jpg;0314181119.jpg;0314181119a.jpg;0314181119b.jpg;0314181120.jpg;0314181120a.jpg;0314181120b.jpg;0314181121.jpg;0314181121a.jpg;0314181121b.jpg;0314181121c.jpg;0314181121d.jpg;0314181121e.jpg;0314181121f.jpg;0314181122.jpg;0314181122a.jpg;0314181122b.jpg;0314181125.jpg;0314181125a.jpg;0314181125b.jpg;0314181125c.jpg;

- **Individual Photographs:** Waterfront_real_estate_260_Beavertail
Rd_Jamestown_RI_02835_6899.jpg;Waterfront_real_estate_260_Beavertail
Rd_Jamestown_RI_02835_6906.jpg;Waterfront_real_estate_Jamestown_RI_434_Beavertail_Rd_6886.jpg;West_Roxbury_Crushed_Stone_Co_open_pit_mine_aerial_Boston_8218.jpg;Weston_CT_real_estate_aerial_Held_Pond_5136.jpg;Westport_CT_luxury_real_estate_aerial_5134.jpg;_DSC8702.jpg;_DSC8703.jpg;_DSC8715.jpg;_DSC8719.jpg;_DSC8720.jpg;_DSC8722.jpg;_DSC8727.jpg;_DSC8728.jpg;_DSC8734.jpg;_DSC8736.jpg;_DSC8738.jpg;_DSC8740.jpg;_DSC8741.jpg;_DSC8743.jpg;_DSC8745.jpg;_DSC8746.jpg;_DSC8749.jpg;_DSC8750.jpg;_DSC8755.jpg;_DSC8759.jpg;_DSC8760.jpg;_DSC8763.jpg;_DSC8765.jpg;_DSC8766.jpg;_DSC8767.jpg;_DSC8770.jpg;_DSC8772.jpg;_DSC8774.jpg;_DSC8777.jpg;_DSC8778.jpg;_DSC8779.jpg;_DSC8780.jpg;_DSC8781.jpg;_DSC8782.jpg;_DSC8783.jpg;_DSC8786.jpg;_DSC8787.jpg;_DSC8789.jpg;_DSC8790.jpg;_DSC8791.jpg;_DSC8792.jpg;_DSC8794.jpg;_DSC8797.jpg;_DSC8798.jpg;_DSC8801.jpg;_DSC8802.jpg;_DSC8803.jpg;_DSC8804.jpg;_DSC8805.jpg;_DSC8806.jpg;_DSC8807.jpg;_DSC8808.jpg;_DSC8809.jpg;_DSC8810.jpg;_DSC8811.jpg;_DSC8815.jpg;_DSC8816.jpg;_DSC8817.jpg;_DSC8823.jpg;_DSC8826.jpg;_DSC8827.jpg;_DSC8829.jpg;_DSC8832.jpg;_DSC8836.jpg;_DSC8838.jpg;_DSC8839.jpg;_DSC8840.jpg;_DSC8843.jpg;_DSC8844.jpg;_DSC8855.jpg;_DSC8856.jpg;_DSC8869.jpg;_DSC8876.jpg;_DSC8877.jpg;_DSC8880.jpg;_DSC8881.jpg;_DSC8891.jpg;_DSC8896.jpg;_DSC8899.jpg;_DSC8907.jpg;_DSC8910.jpg;

- **Individual Photographs:** The_Charlotte_Inn_Marthas_Vineyard_P8120387.jpg;The_Exchange_Conference_Center_building_Boston_5368.jpg;The_Omni_Parkerhouse_Boston_img_20180814_224127239.jpg;The_Omni_Parkerhouse_Hotel_Boston_20180811_2657175.jpg;Toots_and_the_Maytals_dsc_6153.jpg;Toots_and_the_Maytals_dsc_6182.jpg;Toots_and_the_Maytals_dsc_6243.jpg;Tremont_On_The_Common_building_aerial_8052.jpg;Twenty_Two

Liberty_building_Boston_5325.jpg;Twenty_Two Liberty_building_Boston_5335.jpg;USS_Constitution_7314.jpg;USS_Constitution_Boston_dsc_7249.jpg;USS_Constitution_Boston_dsc_7268.jpg;USS_Constitution_Boston_dsc_7275.jpg;USS_Constitution_Boston_dsc_7341.jpg;USS_Constitution_dsc_7288.jpg;USS_Constitution_dsc_7301.jpg;USS_Constitution_dsc_7318.jpg;USS_Constitution_Museum_anchor_img_20180815_092914906_hdr.jpg;USS_Constitution_Museum_Boston_dsc_7241.jpg;USS_Constitution_Museum_building_Boston_dsc_7369.jpg;USS_Constitution_Museum_dsc_7368.jpg;USS_Constitution_original_hull_dsc_7273.jpg;USS_Constitution_Rebecca_dsc_7254.jpg;USS_Constitution_Rebecca_dsc_7331.jpg;USS_Constitution_sleeping_deck_7277.jpg;USS_Constitution_War_Billethead_1906_7224.jpg;USS_Constitution_War_Billethead_1906_7225.jpg;Waterfront_real_estate_90_Battery_Ln_Jamestown_RI_02835_6931.jpg;

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** David Oppenheimer
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** David Oppenheimer
PO Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Name:** David Oppenheimer
**Email:** dave@performanceimpressions.com
**Telephone:** (828)273-9339
**Alt. Phone:** (828)515-4036
**Address:** PO Box 8105
Asheville, NC 28814 United States

## Certification

**Name:** David Oppenheimer
**Date:** September 26, 2019

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.



Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VAu001373056
**Service Request #:**   1-8102661578



David Oppenheimer
PO Box 8105
Asheville, NC 28814 United States

EXHIBIT 3

EXHIBIT 2

 Search     Home     My Network     Jobs     Messaging    Notifications    Me ▾    For Business ▾     Advertise



### Jennifer Chaplain

Helping customers achieve value with Decision Intelligence at Aera

**+ Follow**

View full profile



**Jennifer Chaplain** • 3rd+          **+ Follow**  •••
Helping customers achieve value with Decis...
1yr • Edited • 🌐

Aera's Boston based RVP Brian Cullinan and I were in Kendall Square yesterday discussing how to deploy decision intelligence in commercial and clinical use cases. The results our DI platform is delivering in procurement and supply chain in the pharmaceutical industry is getting noticed. Our partners and customers are beginning to understand the power of using AI throughout the entire organization to augment and automate the decision making process at scale to solve complex problems and beat the competition.

Cambridge based companies are almost always the first to recognize and leverage emerging technologies that will define the future of global technology. Brian and I are happy to have lunch or dinner with any of our local contacts here to discuss decision intelligence and how it is quickly replacing BI. Feel free to reach out to either of us. #ai #decisionintelligence #pharmaceuticalindustry



👍🎉 38

---

Reactions



+30

👤 ▾    👍 Like    💬 Comment    ↪ Repost    ➢ Send

Add a comment...

About    Accessibility

Help Center

Privacy & Terms ▾

Ad Choices    Advertising

Business Services ▾

Get the LinkedIn app    More

LinkedIn LinkedIn Corporation © 2024

Mess... 2 •••

Performance Impres...

